**No. 55823.**—Otto Gerdau Co. et al. v. United States, protests 106736–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No..55824.**—Century Commercial Corp. et al. v. United States, protests 140202–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55825.**—Charles R. Allen, Inc., et al. v. United States, protests 147164–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55826.**—Louis Dejonge & Company et al. v. United States, protests 156923–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55827.**—R. H. Macy & Co., Inc. v. United States, protest 166286–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

AUGUST 15, 1951

**No. 55828.**—SUIT 4657.—United States v. Kachurin Drug Company.—C. D. 1246 affirmed June 5, 1951. C. A. D. 459.